

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00277-CV

Bruce **KNEESE**,
Appellant

v.

**WELLS FARGO BANK, N.A.**; Wells Fargo Home Mortgage, Inc.;
Mark C. Sparrow; and Dawn M. Sparrow,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15115
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are taxed against Bruce Kneese.

SIGNED August 18, 2021.

_____
Patricia O. Alvarez, Justice